IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER, § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Civil Action No. 7:22-cv-00121 |
| § | | |
| CARRINGTON MORTGAGE SERVICES, § | | |
| LLC, et al. § | | |
| Defendants § | | |

## AMENDED MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiff, LAWERNCE MICHAEL ARCHER, in the above-entitled and numbered cause, and respectfully presents this Motion to Remand and for grounds would show the court the following:

### A. INTRODUCTION

1. There are several Defendants and all will be served.

### B. ARGUMENT

2. The court must strictly construe the removal statutes in favor of remand and against removal. *Diaz v. Sheppard*, 85 F. 3d 1502 (11th Cir. 1996); *Brown v. Francis*, 75 F. 3d 860, 864-65 (3d Cir. 1996); *Hunter v. Philip Morris USA*, 582 F. 3d 1039, 1042 (9th Cir. 2009). The court may remand a case at any time on the basis of a defect to subject-matter jurisdiction identified in a motion for remand. 28 U.S. C. §1447 (c); see *Lowery v. Ala, Power Co.* 483 F. 3d 1184, 1213 n. 64 (11th Cir. 2007).

3. The court should remand this case to state court due to the following:

   a. The lawsuit does not involve a federal question. 28 U. S. C. §1447 (c); *Bernhard v. Whitney Nat'l Bank*, 523 F. 3d 546, 552 (5th Cir. 2008); *Intl' Primate Prot. League v. Adm'rs of Tulane Educ. Fund*, 550 U. S. 72, 89 (1991). Defendant's allegation that this case arises under federal law in Defendant's notice of removal is incorrect.
   State law predominates in this suit. See 28 U. S. C. §1447 (c); *Lang v. Am. Elec. Power Co.*, 785 F. Supp. 1331, 1334-35 (N. D. Ind. 1992). Any mention of a federal statute, if any is an incidental manner.
   Chapter 51 of the Texas Property Code is the law that governs this case.

b. The parties are not divers. In the case bar, the defendant Connie Cobb, as substitute trustee is a citizen of Texas. 28 U. S. C. §1332(a) *Henderson v. Wash. Nat'l Ins. Co.*, 454 F. 3d 1278, 1281 (11th Cir. 2006). Several Defendants are citizens of Texas. Even though the parties are divers several Defendants are local Defendants and citizens of this state, where the State suit was filed. 28 U. S. C. §1441 (b). CARRINGTON MORTGAGE SERVICES is not a defendant per se, but an intervenor. An intervenor does not get to choose its forum. Furthermore, CARRINGTON MORTGAGE SERVICES is misleading this court by placing itself as a defendant in the caption of this case instead of an intervenor.

c. The amount in controversy is less than $75,000, excluding interest and costs. 28 U. S. C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F. 3d 753, 755-56 (11th Cir. 2000).

d. Recently the Honorable Judge Randy Crane in case number 7:21-CV-00224 granted plaintiffs similar Motion to Remand. (Exhibit A is a true and correct copy of Order Granting Plaintiff's Motion to Remand in case number 7:21-CV-00224 and it is incorporated by reference as if fully copied herein.)

4. Plaintiff requests attorney fees.

**PRAYER**

5. Wherefore, Plaintiff prays that this case be remanded to the State Court and that Defendant be taxed with costs and Plaintiff be awarded attorney fees.

6. Plaintiff prays for general relief.

Respectfully submitted,

/s/ *Juan Angel Guerra*

Juan Angel Guerra
juanangelguerra1983@gmail.com
State Bar No. 08581320
Law Office of Juan Angel Guerra
1407 N. Stuart Place Road, Suite B
Harlingen, Texas 78552
956-428-1600
ATTOTNREY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this 9th day of May 2022 by to:

**Jacob Sparks**
Email: JSparks@SpencerFane.com

/s/ *Juan Angel Guerra*
Juan Angel Guerra

## VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

Before me, on this day personally appeared Juan Angel Guerra who being by me duly sworn on his oath deposed and said; that he has read the above and foregoing document and that every statement contained in it is within his personal knowledge and is true and correct.

_____
Juan Angel Guerra

SWORN AND SUBSCRIBED TO BEFORE ME on 9th day of May, 2022, to certify which witness my hand and official seal.

Viviana Gonzales Pardo
My Commission Expires
02/18/2025
ID No 132931210

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER,<br>　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 7:22-cv-00121 |
| CARRINGTON MORTGAGE SERVICES,<br>LLC, et al.<br>　　Defendants | §<br>§<br>§ | |

## ORDER ON PLAINTIFF'S MOTION TO REMAND

After considering Plaintiff's Motion to Remand, the response, and the notice of removal from State Court.

FINDS that the amount is controversy does not exceed $75,000.00 and that Defendants are citizens of the State of Texas.

REMANDS this case to the County Court at Law No. 9, Hidalgo, Texas.

ORDERS that Defendant CARRINGTON MORTGAGE SERVICES, and pay Plaintiff's court costs, expenses, and attorney fees in the amount of $1,000.00.

Signed on this the _____ day of _____, 2022.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ricardo H. Hinojosa
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER,<br>    Plaintiff | § § § | |
| v. | § § | Civil Action No. 7:22-cv-00121 |
| CARRINGTON MORTGAGE SERVICES,<br>LLC, et al.<br>    Defendants | § § § § | |

## CERTIFICATE OF CONFERENCE

I, Juan Angel Guerra, through an assistant, hereby certify that on 11TH day of May, 2022, at 2:00 p.m, the office of the Hon. Jacob Sparks was called and:

- ( )  The number was busy.
- ( )  No one answered.
- (*)  I got an answering machine and I left a message. To date I have not received a reply.
- ( )  I spoke to the secretary; the secretary said they were not opposed.
- ( )  The adverse party is opposed.
- ( )  The adverse party takes no position.

/s/ *Juan Angel Guerra*
Juan Angel Guerra