IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAWRENCE MICHAEL ARCHER<br>    Plaintiff<br>VS.<br><br>CARRINGTON MORTGAGE SERVICES LLC<br>AND CONNIE COBB,<br>AS SUBSTITUTE TRUSTEE<br>    Defendants | § § § § § § § § § | LAWRENCE MICHAEL ARCHER<br>NO: 7:22-cv-00121 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed between the above-numbered and styled Plaintiff, LAWRENCE MICHAEL ARCHER, ("Plaintiff"), and Defendants, CARRINGTON MORTGAGE SERVICES LLC AND CONNIE COBB, as Substitute Trustee ("Defendants"), that all claims asserted or which could have been asserted by Plaintiff against Defendants in the above-numbered cause are HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This Joint Stipulation of Dismissal shall be effective upon filing of same with the clerk of the Court in the above numbered and styled cause.

Respectfully submitted,

Juan Angel Guerra
Attorney at Law
1407 N. Stuart Place Road, Suite B
Harlingen, Texas 78552
956-428-1600
jACO

BY:/s/ *Juan Angel Guerra*

Juan Angel Guerra
Bar No. 08581320
**COUNSEL FOR PLAINTIFF**
**LAWRENCE MICHAEL ARCHER**

Jacob Sparks
Spence Fane LLP
5700 Granite Parkway
Suite 650
Plano, Tx 75024
214-750-3624
Fax: 214-750-3612
Tel: (305) 501-2808

BY: _/s/ Jacob Sparks_____
**ATTORNEY FOR CARRINGTON MORTGAGE SERVICES**